NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES DERECK ADAMS,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2011-3124

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. DC3443100711-I-1 and DC0752100741-I-1.

---

## ON MOTION

---

## ORDER

Charles Dereck Adams submits a motion for oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order and the motion shall be transmitted to the merits panel.

For The Court

SEP 0 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles Dereck Adams
     Joseph A. Pixley, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 1 2011

JAN HORBALY
CLERK